IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><u>Austin Amobi v. Eli Lilly and Company, et al.,</u><br><br>Civil Action No. 1:15-cv-04200 | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Austin Amobi, and counsel for Defendants Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial Pty Ltd and Acrux DDS Pty Ltd, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

/s/ *Margaret Moses Branch*
Margaret Moses Branch
The Branch Law Firm
2025 Rio Grande Blvd.
Albuquerque, NM 87104

*Attorneys for Plaintiff Austin Amobi*

/s/ *David E. Stanley*
David E. Stanley
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial Pty Ltd and Acrux DDS Pty Ltd*

## **CERTIFICATE OF SERVICE**

      I, David E. Stanley, hereby certify that on October 26, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                    */s/ David E. Stanley*